IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES DEMARCO BOGAN,

    Plaintiff,

    v.

STATE OF GEORGIA,

    Defendant.

CIVIL ACTION FILE
NO. 1:12-CV-636-TWT

## ORDER

This is a pro se prisoner civil rights action. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing this action. This is the latest frivolous lawsuit filed by this Plaintiff arising out of his criminal case in the Superior Court of Fulton County. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is dismissed. The Plaintiff's Motion to Compel [Doc. 3] is DENIED. The Clerk is directed not to file any more complaints submitted by this Plaintiff without full payment of the filing fee or permission from Judge Scofield.

T:\ORDERS\12\Bogan\r&r.wpd

SO ORDERED, this 28 day of March, 2012.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge